FILED
NOV 18 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 09-CR-40050-JPG-PMF |
| v. | ) | |
| | ) | Title 18, United States Code, Section |
| CARLOS A. KAMBER | ) | 922(g)(1) |
| | ) | Title 21, United States Code, Sections |
| Defendant. | ) | 841(a)(1) and 846. |

## SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
### CONSPIRACY TO MANUFACTURE AND DISTRIBUTE MARIJUANA

From at least in or about October, 2008, to on or about June 26, 2009, in Hardin County, within the Southern District of Illinois, and elsewhere within the United States,

**CARLOS A. KAMBER,**

defendant herein, did knowingly and intentionally conspire and agree with other persons, both known and unknown to the Grand Jury, to knowingly and intentionally manufacture and distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

The number of marijuana plants involved in this conspiracy was 1000 or more in violation of Title 21, United States Code, Section 841(b)(1)(A)(vii).

### COUNT 2
### FELON IN POSSESSION OF A FIREARM

On or about June 26, 2009, in Hardin County, within the Southern District of Illinois,

**CARLOS A. KAMBER,**

defendant herein, having previously been convicted of a felony punishable by imprisonment for a term exceeding one year, to wit: Possession of a Controlled Substance in the Circuit Court of Cook County, Illinois, on or about March 6, 2008, in case no. 07CR2469001, did knowingly possess, in and affecting commerce, a firearm, that is a Glock 9 mm semiautomatic pistol bearing serial number NAV176 and the notation "Made in Austria"; all in violation of Title 18, United States Code, Sections 922(g)(1).

A TRUE BILL

_____
FOREPERSON

_____
A. COURTNEY COX
United States Attorney

_____
JAMES M. CUTCHIN
Assistant United States Attorney

**Recommended Bond:**     **Detention**