IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED
FEB 02 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 09-CR-40050-JPG-PMF |
| v. ) | |
| ) | Title 18, United States Code, Sections |
| CARLOS A. KAMBER ) | 922(g)(1), (g)(5)(A), & 924(c)(1)(A) |
| ) | Title 21, United States Code, Sections |
| Defendant. ) | 841(a)(1) & 846. |

FILED
FEB 02 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

### THIRD SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
### CONSPIRACY TO MANUFACTURE AND DISTRIBUTE MARIJUANA

From at least in or about October, 2008, to on or about June 26, 2009, in Hardin County, within the Southern District of Illinois, and elsewhere within the United States,

**CARLOS A. KAMBER,**

defendant herein, did knowingly and intentionally conspire and agree with other persons, both known and unknown to the Grand Jury, to knowingly and intentionally manufacture and distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

The number of marijuana plants involved in this conspiracy was 1000 or more in violation of Title 21, United States Code, Section 841(b)(1)(A)(vii).

### COUNT 2
### MANUFACTURING MARIJUANA

From in or about April 2009, to on or about June 26, 2009, in Hardin County, within the Southern District of Illinois, and elsewhere within the United States,

**CARLOS A. KAMBER,**

defendant herein, did knowingly and intentionally manufacture marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

The number of marijuana plants involved was 1000 or more in violation of Title 21, United States Code, Section 841(b)(1)(A)(vii).

### COUNT 3
### POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING OFFENSE

From in or about May 2009, to on or about June 26, 2009, in Hardin County, within the Southern District of Illinois,

**CARLOS A. KAMBER,**

defendant herein, did knowingly possess a firearm, that is a Glock 9 mm semiautomatic pistol bearing serial number NAV176, in furtherance of a drug trafficking crime, to wit: conspiracy to manufacture and distribute marijuana, as charged above in Count 1, in violation of Title 18, United States Code, Section 924(c)(1)(A).

### COUNT 4
### FELON IN POSSESSION OF A FIREARM

On or about June 26, 2009, in Hardin County, within the Southern District of Illinois,

**CARLOS A. KAMBER,**

defendant herein, having previously been convicted of a felony punishable by imprisonment for a term exceeding one year, to wit: Possession of a Controlled Substance in the Circuit Court of Cook County, Illinois, on or about March 6, 2008, in case no. 07CR2469001, did knowingly possess, in

and affecting commerce, a firearm, that is a Glock 9 mm semiautomatic pistol bearing serial number NAV176 and the notation "Made in Austria"; all in violation of Title 18, United States Code, Sections 922(g)(1).

## COUNT 5
### UNLAWFUL ALIEN IN POSSESSION OF A FIREARM

On or about June 26, 2009, in Hardin County, within the Southern District of Illinois,

**CARLOS A. KAMBER,**

defendant herein, then being an alien unlawfully in the United States, did knowingly possess, in and affecting commerce, a firearm, that is a Glock 9 mm semiautomatic pistol bearing serial number NAV176 and the notation "Made in Austria"; all in violation of Title 18, United States Code, Sections 922(g)(5)(A).

**A TRUE BILL**

~~FOREPERSON~~

_____
A. COURTNEY COX
United States Attorney

_____
JAMES M. CUTCHIN
Assistant United States Attorney

**Recommended Bond:** Detention