UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br> v.<br><br>CARLOS A. KAMBER,<br><br>  Defendant. | Case No. 09-cv-40050-JPG |

**MEMORANDUM AND ORDER**

  This matter comes before the Court on the motion to determine the competency of the defendant pursuant to 18 U.S.C. § 4241 and the existence of insanity at the time of the offense pursuant to 18 U.S.C. § 4242 (Doc. 82).

  For the reasons set forth at the May 17, 2010, hearing, the Court finds that there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. Furthermore, the defendant has given notice of his intent to assert the insanity defense (Doc. 81). Accordingly, the Court hereby **GRANTS** the motion (Doc. 82) in its entirety.

  The Court **ORDERS** that pursuant to 18 U.S.C. § 4247(b) the defendant be committed to the custody of the Attorney General for a period not to exceed 45 days for placement in a suitable facility. It is further ordered that pursuant to 18 U.S.C. § 4247(b) a psychiatric or psychological examination of the defendant be conducted by a licensed or certified psychiatrist or psychologist. The examination shall be completed within 45 days, providing, however, that the director of the facility may apply for a reasonable extension of the period of custody of the

Attorney General, but not to exceed 30 days, upon a showing of good cause that the additional time is necessary to observe and evaluate the defendant.  A psychiatric or psychological report, or both, shall be filed with this Court in accordance with 18 U.S.C. § 4247(b) and (c), with copies to counsel, which shall include:

   (1)  the defendant history and present symptoms;

   (2)  a description of the psychiatric, psychological, and medical tests that were employed and their results;

   (3)  the examiner's findings;

   (4)  the examiner's opinions as to diagnosis, prognosis and

      (A) whether the defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense; and

      (B) whether the defendant was insane at the time of the offense charged.

Upon notification by the Bureau of Prisons of the defendant's designation for examination, the United States Marshal shall transport him immediately to the institution designated by the Bureau of Prisons and upon completion of the examination, return him to the Southern District of Illinois for a hearing which shall be scheduled after the Court receives the examiner's report in accordance with 18 U.S.C. § 4247(d).

The 45 days allowed for the examination shall begin on the day the defendant is physically present at the designated institution and any request for an extension of this period shall be made not less that 10 days prior to the expiration of the initial 45-day period.

**IT IS SO ORDERED.**
**DATED:  May 17, 2010**

                              s/ J. Phil Gilbert
                              **J. PHIL GILBERT**
                              **DISTRICT JUDGE**